```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 38548
   BERTHA M MILLER
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-6208

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/20/2005 and was confirmed 11/09/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 01/26/2009.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                PAID           PAID
--------------------------------------------------------------------------------
HOMECOMINGS FINANCIAL      CURRENT MORTG        .00              .00            .00
HOMECOMINGS FINANCIAL      MORTGAGE ARRE     1172.46             .00         1172.46
HOMEQ SERVICING CORP       CURRENT MORTG        .00              .00            .00
OPTION ONE MORTGAGE        CURRENT MORTG        .00              .00            .00
OPTION ONE MORTGAGE        MORTGAGE ARRE      778.82             .00          778.82
KANKAKEE CO CIRCUIT CT C   UNSECURED       NOT FILED             .00            .00
KANKAKEE CO CIRCUIT CT C   UNSECURED       NOT FILED             .00            .00
KANKAKEE CO CIRCUIT CT C   UNSECURED       NOT FILED             .00            .00
KANKAKEE CO CIRCUIT CT C   UNSECURED       NOT FILED             .00            .00
KANKAKEE CO CIRCUIT CT C   UNSECURED       NOT FILED             .00            .00
DEP                        UNSECURED       NOT FILED             .00            .00
HARRIS & HARRIS            UNSECURED       NOT FILED             .00            .00
MEDICAL COLLECTIONS SYS    UNSECURED       NOT FILED             .00            .00
RCO                        UNSECURED       NOT FILED             .00            .00
MCSI/RMI                   UNSECURED        4150.00              .00         4150.00
USA ONE CREDIT UNION       UNSECURED       NOT FILED             .00            .00
HOMEQ SERVICING CORP       SECURED NOT I       .00              .00            .00
ILLINOIS BELL              UNSECURED         423.51              .00          423.51
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     3,280.20                          3,280.20
TOM VAUGHN                 TRUSTEE                                             655.94
DEBTOR REFUND              REFUND                                              532.30

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                   RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE           10,993.23

PRIORITY                                       .00
SECURED                                   1,951.28
UNSECURED                                 4,573.51
ADMINISTRATIVE                            3,280.20

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 38548 BERTHA M MILLER
```

```
TRUSTEE COMPENSATION                                    655.94
DEBTOR REFUND                                           532.30
                                 ----------------    ----------------
TOTALS                                 10,993.23           10,993.23
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
  Dated: 03/10/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```